UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACK GROENENDAL,

    Defendant.
_____/

Honorable Paul L. Maloney

Case No. 1:07-cr-93

## ORDER

This matter is before the Court on the Defendant's Motion to Withdraw Guilty Plea for the Purposes of Re-entering the Plea with a Correct Factual Basis (Dkt. #17).  For reasons more fully set forth on the record at the motion hearing held this date:

**IT IS HEREBY ORDERED** that the Motion to Withdraw Guilty Plea for the Purposes of Re-entering the Plea with a Correct Factual Basis (Dkt. 17) is **GRANTED**.

Date: September 4, 2007

/s/  Paul L. Maloney
Paul L. Maloney
United States District Judge